IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREG NULMAN and
TATYANNA KNYAZHESKY,

    Plaintiffs,

v.

MONEY WAREHOUSE, INC. and
COUNTRYWIDE HOME LOANS, INC.

    Defendants.

CIVIL ACTION NO. 2:09-cv-01503-JF



**STIPULATION**

WHEREAS, defendant Countrywide Home Loans, Inc. seeks to file a motion for summary judgment on plaintiffs' claims;

WHEREAS, there is currently no case management schedule in place setting deadlines for discovery or the filing of summary judgment motions;

WHEREAS, a non-jury trial is currently scheduled in this action for March 1, 2010 at 10 A.M.

AND NOW, this 5th day of February, it is hereby STIPULATED and AGREED by and between the parties as follows:

1. The parties shall have until February 26, 2010 to complete discovery.

2. The parties shall have until March 12, 2010 to file motions for summary judgment.

3. The parties shall have until April 2, 2010 to file submissions in opposition to motions for summary judgment.

4. The parties shall have until April 16, 2010 to file reply briefs on motions for summary judgment.

5. The current March 1, 2010 trial date is adjourned, and trial, if necessary, shall be scheduled after disposition of motions for summary judgment.

<table>
<tr><td>

*/s/ Robert P. Cocco*
Robert P. Cocco, Esquire
ROBERT P. COCCO, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19103

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PROCHNIAK WEISBERG, P.C.
7 South Morton Avenue
Morton, PA 19070

*Attorneys for Plaintiffs*

</td><td>

*/s/ Martin C. Bryce, Jr.*
Martin C. Bryce, Jr., Esquire
Joel E. Tasca, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

*Attorneys for Defendant*
*Countrywide Home Loans, Inc.*

*/s/ Richard J. Weitzman*
Richard J. Weitzman, Esquire
LAW OFFICES OF RICHARD J. WEITZMAN, P.C.
3 North Second Street
Suite 200
Philadelphia, PA 19106

*Attorneys for Defendant*
*Money Warehouse, Inc.*

</td></tr>
</table>

Dated: February 5, 2010

2/8/10
SO ORDERED:

_____
John P. Fullam, J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2010, I have caused a true and correct copy of the foregoing Stipulation to be served on the following counsel via e-mail and first-class mail, postage prepaid:

> Robert P. Cocco, Esquire
> ROBERT P. COCCO, P.C.
> 1500 Walnut Street
> Suite 900
> Philadelphia, PA  19103
>
> Matthew B. Weisberg, Esquire
> PROCHNIAK WEISBERG, P.C.
> 7 South Morton Avenue
> Morton, PA  19070
>
> *Attorneys for Plaintiffs*
>
> Richard J. Weitzman, Esquire
> LAW OFFICES OF RICHARD J. WEITZMAN, P.C.
> 3 North Second Street
> Suite 200
> Philadelphia, PA  19106
>
> *Attorneys for Defendant*
> *Money Warehouse, Inc.*

/s/ *Joel E. Tasca*
Joel E. Tasca
