IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG NULMAN and<br>TATYANNA KNYAZHESKY,<br><br>Plaintiffs,<br><br>v.<br><br>MONEY WAREHOUSE, INC.,<br>COUNTRYWIDE BANK, FSB<br><br>Defendants. | CIVIL ACTION NO. 2:09-cv-01503-JF |

**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT COUNTRYWIDE BANK, FSB TO
FILE REPLY BRIEF IN FURTHER SUPPORT OF
<u>ITS SUMMARY JUDGMENT MOTION</u>**

WHEREAS, Countrywide Bank, FSB ("Countrywide Bank") filed a motion for summary judgment on June 8, 2010;

WHEREAS, plaintiffs filed their brief in opposition to Countrywide Bank's motion for summary judgment on August 13, 2010;

WHEREAS, Countrywide Bank, pursuant to Federal Rule of Civil Procedure 56(c)(1)(C) and Local Rule of Civil Procedure 7.1(c), has the right to file a reply brief in further support of its summary judgment motion;

WHEREAS, to accommodate the vacation schedule of counsel for Countrywide Bank, plaintiffs have consented to extend Countrywide Bank's time for filing its reply brief until September 13, 2010;

NOW, THEREFORE, it is hereby STIPULATED and AGREED that Countrywide Bank shall have until September 13, 2010 to file its reply brief in further support of its summary judgment motion.

/s/ *Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
WEISBERG LAW, P.C.
7 South Morton Avenue
Morton, PA 19070
Telephone: 484.842.4030
Facsimile: 610.690.0880

*Attorneys for Plaintiffs*

/s/ *Joel E. Tasca*
Martin C. Bryce, Jr., Esquire
Joel E. Tasca, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8238/8188
Facsimile: 215.864.8999

*Attorneys for Defendant Countrywide Bank, FSB*

Dated: August 18, 2010

**SO ORDERED:**

_____
                    Fullam, J.
Date: 8/23/10