**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREG NULMAN | : | |
| TATYANNA KNYAZHESKY | : | |
|     Plaintiffs. | : | Civil Action No. 09-1503 |
|     v. | : | |
| | : | |
| MONEY WAREHOUSE INC.; | : | JURY OF TWELVE (12) JURORS DEMANDED |
| COUNTRYWIDE BANK, FSB | : | |
| N/K/A BANK OF AMERICA, N.A. | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of Plaintiffs' Motion for Leave to File a Rebuttal Memorandum, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs are granted 21 days to file a Rebuttal Memorandum in support of Plaintiffs' Response (Docket No. 32) to Defendant's Motion for Summary Judgment (No. 26).

**AND IT IS SO ORDERED.**

 

_____
John P. Fullam                                           , J.

Case 2:09-cv-01503-JF   Document 36   Filed 09/20/10   Page 2 of 3

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG NULMAN | : | |
| TATYANNA KNYAZHESKY | : | |
| Plaintiffs. | : | Civil Action No. 09-1503 |
| v. | : | |
| | : | |
| MONEY WAREHOUSE INC.; | : | Jury of Twelve (12) jurors demanded |
| COUNTRYWIDE BANK, FSB | : | |
| N/K/A BANK OF AMERICA, N.A. | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REBUTTAL MEMORANDUM

1. On June 8, 2010, Defendant, Countrywide Bank, FSB n/k/a Bank of America, N.A., filed its Motion for Summary Judgment. (Docket No. 26).

2. On August 13, 2010, Plaintiffs filed their Response in Opposition. (No. 32).

3. On September 13, 2010, Defendant filed its Reply Brief. (No. 35).

4. Plaintiffs request this Honorable Court grant leave to file a rebuttal memorandum in support of their response in opposition to Defendant's Motion For Summary Judgment.

5. Plaintiffs believe and thus here certify that rebuttal will aid this Honorable Court towards adjudication of Defendant's Motion for Summary Judgment.

6. Prejudice will result if leave to file a rebuttal memorandum is not granted as Plaintiffs not only desire to supplement their response but denial of this motion for leave to file a rebuttal memorandum will make Defendant's reply go uncorrected as unchallenged.

WHEREFORE, Plaintiffs request this Honorable Court grant leave to file a rebuttal memorandum.

WEISBERG LAW, P.C.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREG NULMAN | : | |
| TATYANNA KNYAZHESKY | : | |
|     Plaintiffs. | : | Civil Action No. 09-1503 |
|     v. | : | |
| | : | |
| MONEY WAREHOUSE INC.; | : | JURY OF TWELVE (12) JURORS DEMANDED |
| COUNTRYWIDE BANK, FSB | : | |
| N/K/A BANK OF AMERICA, N.A. | : | |
|     Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 20th day of September, 2010, a true and correct copy of the foregoing Plaintiffs' Motion for Leave to File a Rebuttal Memorandum was served via ECF upon the following parties:

Martin C. Bryce , Jr., Esq.
Joel E. Tasca, Esq.
Ballard Spahr Andrews And Ingersoll, L.L.P.
1735 Market Street
51st Floor
Philadelphia, PA 19103


                                            WEISBERG LAW, P.C.

                                            /s/ Matthew B. Weisberg
                                            Matthew B. Weisberg, Esquire
                                            Attorney for Plaintiffs