IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG NULMAN and<br>TATYANNA KNYAZHESKY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONEY WAREHOUSE, INC. and<br>COUNTRYWIDE BANK, FSB<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:09-cv-01503-JF<br>:<br>:<br>:<br>:<br>:<br>: |

**BRIEF OF DEFENDANT COUNTRYWIDE BANK, FSB
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO FILE A REBUTTAL MEMORANDUM**

Countrywide Bank, FSB ("Countrywide"), by its undersigned counsel, submits this brief in opposition to plaintiffs' motion for leave to file a rebuttal memorandum.

Federal Rule of Civil Procedure 56 permits a party opposing a summary judgment motion to file an opposition brief. Here, plaintiffs filed their opposition brief. Neither Rule 56 nor any other authority permits parties opposing summary judgment, like plaintiffs here, to file – in addition to an opposition brief – a "rebuttal memorandum."

Nor do plaintiffs identify any basis for the Court to exercise discretion to permit plaintiffs to file an extra brief, other than plaintiffs' conclusory and boilerplate assertion that, otherwise, Countrywide's brief would "go uncorrected as unchallenged." They fail to identify any aspect of Countrywide's brief that is incorrect or warrants a further brief.

Plaintiffs obviously just want to get in the last word, and the Court should not expend resources allowing plaintiffs to do so when they have no right and have offered no basis for it.

Accordingly, Countrywide respectfully requests that the Court deny plaintiffs' motion for leave to file a rebuttal memorandum.

Dated: September 21, 2010

/s/ *Martin C. Bryce, Jr.*
Martin C. Bryce, Jr., Esquire
Joel E. Tasca, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8238/8188
Facsimile: 215.864.8999
bryce@ballardspahr.com
tasca@ballardspahr.com

*Attorneys for Defendant*
*Countrywide Bank, FSB*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2010, I have caused a true and correct copy of the foregoing Brief of Countrywide Bank, FSB in Opposition to Plaintiffs' Motion for Leave to File a Rebuttal Memorandum to be served on the following counsel via ECF, and such documents are available for viewing and downloading from the ECF system:

>Robert P. Cocco, Esquire
>ROBERT P. COCCO, P.C.
>1500 Walnut Street
>Suite 900
>Philadelphia, PA  19103
>rcocco@rcn.com
>
>Matthew B. Weisberg, Esquire
>WEISBERG LAW, P.C.
>7 South Morton Avenue
>Morton, PA  19070
>mweisberg@ppwlaw.com
>
>*Attorneys for Plaintiffs*

The following individuals were served via first class U.S. mail, postage prepaid:

>Yuri Volin, President
>Money Warehouse, Inc.
>615 Second Street Pike
>Southampton, PA 18966
>
>Richard J. Weitzman, Esquire
>Law Offices of Richard J. Weitzman, PC
>3 N. 2nd Street, Suite 200
>Philadelphia, PA 19106

>/s/ *Joel E. Tasca*
>Joel E. Tasca