IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREG NULMAN, *et al.* : CIVIL ACTION
:
v. :
:
MONEY WAREHOUSE INC., *et al.* : NO. 09-1503

**ORDER**

AND NOW, this 10th day of March 2011, upon consideration of Defendant Countrywide Bank, FSB's Motion for Summary Judgment, and the response thereto, IT IS ORDERED:

That the Motion is GRANTED. Summary Judgment is granted IN FAVOR OF the defendant, Countrywide Bank, FSB n/k/a Bank of America, N.A. ONLY and AGAINST the plaintiffs, Greg Nulman and Tatyanna Knyazhesky.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.